IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-00699-BNB

ALEX A. COLEMAN, JR.,
    Plaintiff,

v.

CHIEF R. FOOS,
MAJOR G. WILSON,
DEPUTY SANDER BUILDING OFFICER,
SGT. DEPUTY HUSTIN,
DENVER COUNTY JAIL, and
DENVER, COLORADO,
    Defendants.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAY 16 2008

GREGORY C. LANGHAM
    CLERK

## ORDER OF DISMISSAL

Plaintiff, Alex A. Coleman, was incarcerated at the Denver County Jail when he initiated this action by submitting to the Court *pro se* a document titled "Original Statement," a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915, and a Prisoner Complaint. The Court reviewed the documents and determined they were deficient. Therefore, in an order filed on April 7, 2008, Magistrate Judge Boyd N. Boland directed the clerk of the Court to commence a civil action and directed Mr. Coleman to cure certain deficiencies in the case within thirty days if he wished to pursue his claims.

The April 7, 2008, order pointed out that Mr. Coleman failed to submit a certified copy of his trust fund account statement for the six-month period immediately proceeding this filing. The order also pointed out that the Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 was missing page one and

that the names in the caption to the Prisoner Complaint did not match the names in the text of the complaint. The order warned Mr. Coleman that if he failed to cure the designated deficiencies within thirty days, the complaint and the action would be dismissed without prejudice and without further notice. On April 15, 2008, the April 7 order was returned to the Court in an envelope stamped "Returned to Sender," "Unable to Forward," and "Released."

Subsection (a)(2) of 28 U.S.C. § 1915 (2006) requires submission of "a certified copy of the trust fund account statement (or institutional equivalent) for the prisoner for the 6-month period immediately preceding the filing of the complaint . . . obtained from the appropriate official of each prison at which the prisoner is or was confined." The April 7, 2008, order and the Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 note this requirement. Mr. Coleman has failed within the time allowed to cure this and the remaining deficiencies, or otherwise to communicate with the Court in any way. Accordingly, it is

ORDERED that the complaint and the action are dismissed without prejudice for failure to cure and for failure to prosecute. It is

FURTHER ORDERED that leave to proceed pursuant to 28 U.S.C. § 1915 is denied.

DATED at Denver, Colorado, this 15 day of May, 2008.

BY THE COURT:

ZITA L. WEINSHIENK, Senior Judge
United States District Court

2

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 08-cv-00699-BNB

Alex A. Coleman, Jr.
Prisoner No. 1550930
Denver County Jail
PO Box 1108
Denver, CO 80201

    I hereby certify that I have mailed a copy of the **ORDER AND JUDGMENT** to the above-named individuals on 5/16/08

                           GREGORY C. LANGHAM, CLERK

                      By: _____
                               Deputy Clerk